CHARLES W. JOYNER, PETITIONER, v. ZONING BOARD OF ADJUSTMENT OF THE CITY OF WINSTON-SALEM; AMOS SPEAS; J. A. HANCOCK; CARL DULL, JR.; ROY SETZER; A. T. HARRINGTON; C. C. SMITHDEAL AND DOUGLAS B. ELAM, RESPONDENTS.

(Filed 13 April, 1966.)

APPEAL by petitioner, Charles W. Joyner, from *Lupton, J.,* November 15, 1965 Civil Session, FORSYTH Superior Court.

The petitioner filed with the Zoning Board of Adjustment a request for a special use permit to park a mobile home on a lot near Huff Circle in an area zoned Rural. The Board denied the permit. Judge Lupton reviewed the record on *certiorari,* affirmed the decision of the Board, and dismissed the proceeding. The petitioner appealed.

*Harold R. Wilson, Edward R. Green for petitioner appellant.*
*Womble, Carlyle, Sandridge & Rice by W. F. Womble for respondent appellees.*

PER CURIAM. This appeal presents the same legal questions decided this day in the companion case of *John P. Craver and wife v. Board of Adjustment.* The two cases were argued together by the same counsel. On the authority of that decision, the judgment is

Affirmed.

MOORE, J., not sitting.